UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**09-23758-CIV-MORENO**

DARCUIS PRICE,

    Petitioner,

vs.

WALTER McNEIL,

    Respondent.

_____/

CLOSED CIVIL CASE

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner Darcuis Price's Petition for Writ of *Habeas Corpus* (**D.E. No. 1**), filed on **December 17, 2009**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 12**) on **February 10, 2010**. The Court has reviewed the entire file and record.

The Court notes that this is a successive petition for writ of *habeas corpus* from Petitioner. As Magistrate Judge White accurately stated in the Report and Recommendation, pursuant to 28 U.S.C. § 2244(b)(3)(A), a petitioner must move in the appropriate court of appeals for an order authorizing the district court to consider a successive petition for writ of *habeas corpus*. Petitioner has not sought authorization from the United States Court of Appeals for the Eleventh Circuit to file this successive petition. Therefore, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and

Recommendation **(D.E. No. 12)**, filed on **February 10, 2010**, is **AFFIRMED** and **ADOPTED**.

Accordingly, it is

**ADJUDGED** that:

(1) this case is DISMISSED.

(2) all pending motions are DENIED as Moot.

(3) this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of February, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record